# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA
vs.
Galindo-Perez, Juan Jose

CRIMINAL COMPLAINT
CASE: 12-32345MP
Citizenship: MEXICO

    I state that I am a Border Patrol Agent and that this complaint is based on the following facts: That on or about September 1, 2012, at or near Nogales, Arizona, in the District of Arizona, Juan Jose GALINDO-Perez, an alien, did unlawfully enter the United States of America from the United States of Mexico, at a time and place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325.

Juan Jose GALINDO-Perez, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Juan Jose GALINDO-Perez admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 1, 2012, at or near Nogales, Arizona.

09/06/2012
File Date

at Tucson, Arizona

Signature of Complainant

Sworn to before me and subscribed in my presence,

Honorable Hector Estrada
United States Magistrate Judge

Signature of Judicial Officer

FBI Number: 583275AC4

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA, TUCSON DIVISION**

UNITED STATES OF AMERICA
vs.
Galindo-Perez, Juan Jose

CRIMINAL COMPLAINT
CASE: 12-32345MP

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense) - Short Form

The Defendant, Galindo-Perez, Juan Jose , was represented by counsel, Myrna Beards (CJA).

The defendant pled guilty to the complaint on 09/06/2012. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | Illegal Entry | 09/01/2012 |

As pronounced on 09/06/2012, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of FIVE (5) DAYS WITH CREDIT FOR TIME SERVED. The sentence is imposed to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 19 U.S.C. § 3013 is hereby remitted pursuant to 19 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

Signed on Thursday, September 06, 2012.

Honorable Hector Estrada
United States Magistrate Judge

Arresting Agency: TCA
FBI Number: 583275AC4

**UNITED STATES DISTRICT COURT**             **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - TUCSON**

Date: 09/06/2012          Case Number: 12-32345MP

USA vs.  **Juan Jose Galindo-Perez**
U.S. MAGISTRATE JUDGE: HECTOR ESTRADA          Judge AO Code: 70BQ
ASSIGNED U.S. Attorney: Wilbert (Buck) Rocker          INTERPRETER REQ'D: Joyce
Garcia
Attorney for Defendant: Myrna Beards (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be     **Same**
[X] Petty Offense     [X] Date of Arrest:     **09/04/2012**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily
given.
[X] Time waived for passage of sentence.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of     **FIVE
(5) DAYS WITH CREDIT FOR TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[ ] Defendant advised of right to appeal.
[ ] Waiver of right to appeal explained.

OTHER:      Myrna Beards (CJA) is appointed as attorney of record for
defendant. Defendant waives his right to appeal.

Recorded by Courtsmart     COP: 0
BY: Selina Vega          Sent: 0
Deputy Clerk          IA: 0